

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **CAROLYN K. DEPOIAN**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0430<br>Fax: (212) 788- 9776<br>cdepoian@law.nyc.gov |

June 11, 2012

**BY ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Jahmal Jerome v. The City of New York, et al.,
       11 CV 4761(ARR)(MDG)

Your Honor:

  I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. Defendants write, on behalf of all the parties, to respectfully inform the Court that the parties have reached a settlement agreement in this matter. Accordingly, the parties respectfully request that the Court adjourn, *sine die,* all currently scheduled deadlines and appearances, including the upcoming status conference, which is currently scheduled for June 12, 2012 at 10:30 a.m.

  Pursuant to the parties' agreement, defendants have forwarded the necessary settlement documents to plaintiff for execution. Upon receipt, defendants will forward an executed Stipulation of Settlement and Order of Dismissal to the Court for endorsement and filing.

  Thank you for your consideration herein.

            Respectfully submitted,

            /s
            Carolyn K. Depoian
            Assistant Corporation Counsel

cc: Via ECF
   Christopher Wright, Esq.
   *Attorney for Plaintiff*